**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 624 MAL 2023 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| KEVIN SCOTT PARTELLO, | : | |
| Petitioner | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 625 MAL 2023 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| KEVIN SCOTT PARTELLO, | : | |
| Petitioner | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 8th day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.